**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01658-CR

**CEDRIC JERMAINE LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-61116-R**

## ORDER

The Court **REINSTATES** the appeal.

On March 25, 2013, we ordered trial court to make findings regarding why the reporter's record had not been filed. On April 25, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 25, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/      DAVID EVANS
         JUSTICE